## STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: Jose Salvador GONZALEZ-Rodriguez

I, David Gutierrez III, declare and state as follows:

On or about December 20, 2019 the defendant Jose Salvador GONZALEZ-Rodriguez was apprehended near Hebbronville, Texas. After a brief interview it was determined that, Jose Salvador GONZALEZ-Rodriguez was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Jose Salvador GONZALEZ-Rodriguez was previously REMOVED from the United States on 10/08/2019 at Laredo, TX. There is no record that Jose Salvador GONZALEZ-Rodriguez has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.
I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 20th day of December 2019 at Laredo, Texas.

David Gutierrez III
Border Patrol Agent
United States Border Patrol

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on                    at                    .

Sam Sheldon
United States Magistrate Judge

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

December 21, 2019, 06:35 PM, at Laredo, Texas.

Sam S. Sheldon
United States Magistrate Judge